UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LYDIA REID,

       Plaintiff,

Case No. 11-13521

Honorable John Corbett O'Meara

v.

MARTINREA FABCO HOT STAMPINGS, INC.,
*et al*.,

       Defendants.
                                                    /

**ORDER DENYING
PLAINTIFF'S FEBRUARY 24, 2012 MOTION FOR RECONSIDERATION**

    This matter came before the court on plaintiff Lydia Reid's February 24, 2012 motion for reconsideration of the court's February 14, 2012 order granting Defendants' motion to dismiss. Pursuant to Local Rule 7.1(h)(2), no response was filed and no oral argument was heard.

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different disposition of the case.

Local Rule 7.1(h)(3).

    Despite Plaintiff's assertions that service of process was properly effected, the case must be dismissed because, as stated in the court's February 14 order, it was filed after the statute of limitations had run.

## ORDER

It is hereby **ORDERED** that plaintiff Reid's February 24, 2012 motion for reconsideration is **DENIED.**

s/John Corbett O'Meara<br>
United States District Judge

Date:  March 7, 2012

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 7, 2012, using the ECF system and/or ordinary mail.

s/William Barkholz<br>
Case Manager